FREDERICK W. MARGARITELL, PLAINTIFF-APPELLANT, v. THE TOWNSHIP OF CALDWELL, DEFENDANT-RE-SPONDENT.

Argued October 25, 1960—Decided November 21, 1960.

*Mr. Simon Kasdin* argued the cause for plaintiff-appellant.

*Mr. Warren E. Dunn* argued the cause for defendant-respondent (*Messrs. Lum, Fairlie and Foster,* attorneys; *Mr. Robert W. Brady* and *Mr. Dunn* of counsel; *Mr. Theodore L. Abeles* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Scherer in the Chancery Division reported at 58 *N. J. Super.* 251. The paragraph thereof (58 *N. J. Super.,* at *p.* 261) suggesting a possible purpose for the repeal in 1953 of the statute here involved and intimating an effect of the enactment of the In Rem Tax Foreclosure Act of 1948 (*N. J. S. A.* 54:5–104.29, *et seq.*) on prior methods for the foreclosure of tax liens is not necessary to the decision and we express no view with respect thereto.

*For affirmance*—Chief Justice WEINTRAUB, and Justices FRANCIS, PROCTOR, HALL and SCHETTINO—5.

*For reversal*—None.